UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.:

2004 APR 12  P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

04-40050 -NMG

****************************)
MARGARET OPOKUA,            )
        Plaintiff           )
                            )
v.                          )
                            )
VIVIAN BOATENG,             )
        Defendant           )
****************************

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. The Plaintiff Margaret Opokua is an individual and a resident and citizen of Ghana.

2. The Defendant Vivian Boateng is an individual and a resident of the City and County of Worcester, Commonwealth of Massachusetts.

3. At all times material hereto, the Defendant, together with her husband jointly owned and maintained the property at 70 Fourth St., Worcester, Massachusetts.

4. On or about August 21, 2002, the Plaintiff, while lawfully upon the Defendant's premises, was caused to fall as a result of the Defendant's negligence and carelessness in the maintenance of her property.

5. As a direct and proximate result, the Plaintiff was injured, required medical treatment for her injuries, experienced pain, suffering and emotional distress, and has been disabled from her usual activities.

   Wherefore, Plaintiff demands judgment of the Defendant in the amount of her damages, plus interest and costs.

   PLAINTIFF HEREBY DEMANDS A JURY TRIAL OF ALL ISSUES TRIABLE AS OF RIGHT BY JURY.

Plaintiff,
By her attorney,

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE  04/12/04

Douglas L. Fox, Esq.
BBO#: 176380
SHUMWAY, GIGUERE & FOX, PC
19 Cedar Street
Worcester, MA 01609
(508) 756-2323

By law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Margaret Opokua

**DEFENDANTS**
Vivian Boateng

**04-40050**

FILED IN CLERK'S OFFICE

(b) County of Residence of First Listed Plaintiff: Ghana
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Worcester
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED.

2004 APR -9 P 2: 32

(c) Attorney's (Firm Name, Address, and Telephone Number) 508-756-2323
Douglas L. Fox, Esq., Shumway, Giguere & Fox, PC, 19 Cedar St., Worcester, MA 01608

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | X 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | X 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Checkboxes for Contract, Torts, Forfeiture/Penalty, Bankruptcy, Other Statutes, Real Property, Civil Rights, Prisoner Petitions, Labor, Social Security, Federal Tax Suits categories]

X 360 Other Personal Injury

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Diversity - Tort

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ greater than
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
Bunker Hill Ins v. Boateng, et al.
JUDGE: Suffolk Superior Court
DOCKET NUMBER: 04-0729 F

DATE: 4/7/04
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04-40050**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)

   Margaret Opokua v. Vivian Boateng

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

   _X_ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

   *Also complete AO 120 or AO 121
   for patent, trademark or copyright cases

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   Bunker Hill Ins. v. Boateng, et al. Suffolk Superior Ct# 04-0729

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?    YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)    YES ☐    NO X
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES ☐    NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?    YES ☐    NO X

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).    YES ☒    NO
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).    YES ☐    NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?    YES ☒    NO
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?    Worcester

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?    Worcester

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE    N/A
    CENTRAL SECTION: YES ☐ NO ☐    OR WESTERN SECTION: YES ☐ NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Douglas L. Fox, Esq.
ADDRESS    Shumway, Giguere & Fox, PC, 19 Cedar St., Worcester, MA 01609
TELEPHONE NO.    508-756-2323

(Categorm.rev - 3/97)