UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO. 04-40050

```
*****************************)
MARGARET OPOKUA,             )
         Plaintiff           )
                             )
v.                           )
                             )
VIVIAN BOATENG,              )
         Defendant           )
*****************************
```

## AGREEMENT FOR JUDGMENT

The parties to the above-entitled action hereby agree that the following entry shall be made in this action:

"Judgment for plaintiff, Margaret Opokua, against defendant, Vivian Boateng, in the sum of Three Hundred Thousand, ($ 300,000.00) Dollars without costs, and all rights of appeal waived, execution to issue forthwith."

Dated at Worcester, Massachusetts, this 24 day of June, 2004.

| Plaintiff, | Defendant, |
|---|---|
| By her attorney, | By her attorney, |
| | |
| Douglas L. Fox, Esq. | Michael C. Wilcox, Esq. |
| BBO#: 176380 | BBO #: 550382 |
| Shumway, Giguere & Fox, PC | Aloise & Wilcox, PC |
| 19 Cedar Street | One Exchange Place |
| Worcester, MA 01609 | Worcester, MA 01608 |
| (508) 756-2323 | (508) 755-8118 |