FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

2004 AUG -b P 4: 14

CIVIL ACTION #04-40050-NMG

| | |
|---|---|
| MARGARET OPOKUA, | ) |
|    Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| VIVIAN BOATENG, | ) |
|    Defendant | ) |

## NOTICE OF APPEAL

Notice is hereby given that, Vivian Boateng, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 7th day of July, 2004.

David F. Hassett, Esquire #544443
Attorney for Vivian Boateng
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

Dated: August 6, 2004

FILING FEE PAID
RECEIPT # 404381
AMOUNT $ 255.00
BY DPTY CLK
DATE 8-10-04