**MANDATE**

# United States Court of Appeals
## For the First Circuit

Saylor
USDC MABO

No. 04-2082
DC No. 04-40050

MARGARET OPOKUA

Plaintiff - Appellee

v.

VIVIAN BOATENG

Defendant - Appellant

**JUDGMENT**
Entered: September 9, 2004

Upon consideration of appellant's motion,

It is ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/8/04

JULIE GREGG
By:_____
Appeals Attorney

[CC: Messrs. Fox and Hassett ]