UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40050 FDS

```
*****************************)
MARGARET OPOKUA,              )
            Plaintiff         )
                              )
v.                            )
                              )
VIVIAN BOATENG,               )
            Defendant         )
******************************
```

## JOINT MOTION TO VACATE JUDGMENT

The parties in the above matter hereby jointly move to vacate the judgment entered in this matter upon the grounds that the defendant's insurer has agreed to engage defense counsel to enter an appearance and defend the case on the merits, subject to reservation of rights.

No discovery has taken place in this action and neither party will be prejudiced by the allowance of this motion.

| Defendant, | Plaintiff, |
| By her attorney, | By her attorney, |
| | |
| _/s/ Matthew G. Lindberg_ | _/s/ Douglas L. Fox_ |
| Matthew G. Lindberg, Esq. | Douglas L. Fox, Esq. |
| BBO#: 633630 | BBO#: 176380 |
| Hassett & Donnelly, PC | Shumway, Giguere & Fox, PC |
| 484 Main St., Suite 560 | 19 Cedar Street |
| Worcester, MA  01608 | Worcester, MA  01609 |
| (508) 791-6287 | (508) 756-2323 |