# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| MARGARET OPOKUA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **Civil Action No.** |
| | )  **04-40050-FDS** |
| VIVIAN BOATENG, | ) |
| | ) |
| Defendant. | ) |

_____)

## ORDER

The parties in the above-captioned matter have filed a joint motion to stay litigation in this case until the resolution of related insurance-coverage litigation pending in Suffolk Superior Court.  Based on the representations of the parties and in the interests of judicial economy, the Court will stay this action for six months from the date of this Order.  The Court will hold a status conference in this matter on May 16, 2005, at 3:00 p.m., at which time the parties are to report on the status of the state court litigation and whether a further stay is appropriate.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 16, 2004