UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 04-40050 FDS

*****************************)
MARGARET OPOKUA,              )
    Plaintiff                 )
                              )
v.                            )
                              )
VIVIAN BOATENG.               )
    Defendant                 )
*****************************

## STIPULATION OF DISSMISSAL WITHOUT PREJUDICE

The parties to the above-entitled and styled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby agree and stipulate that this matter be dismissed without prejudice.

| Plaintiff, | Defendant, |
| --- | --- |
| By her attorney, | By her attorney, |
| | |
| _____ | _____ |
| Douglas L. Fox, Esq. | Matthew G. Lindberg, Esq. |
| BBO#: 176380 | BBO #: 633630 |
| SHUMWAY, GIGUERE & FOX, PC | Hassett & Donnelly, PC |
| 19 Cedar Street | 484 Main St., Suite 560 |
| Worcester, MA  01609 | Worcester, MA  01608 |
| (508) 756-2323 | (508) 791-6287 |